STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. SAMUEL A. MONDROSCH, DEFENDANT-PETITIONER.

See same case below: 108 *N. J. Super.* 1.

*Messrs. Piarulli & Vittori* for the petitioner.

*Mr. A. Donald Bigley* and *Mr. Rudolph J. Rossetti* for the respondent.

April 14, 1970. Denied.

EASTERN FREIGHT WAYS, INC., *ET AL.*, PLAINTIFFS-PETITIONERS, v. WARD MOTORS, INC., DEFENDANT & THIRD PARTY PLAINTIFF-RESPONDENT, v. FORD MOTOR CO., *ET AL.*, DEFENDANTS AND THIRD PARTY DEFENDANTS-RESPONDENTS.

*Messrs. Wilentz, Goldman & Spitzer* and *Mr. Allen Ravin* for the petitioners.

*Messrs. Hannoch, Weisman, Stern & Besser* for the respondent.

April 14, 1970. Denied.

STATE FARM MUTUAL INSURANCE COMPANY, PLAINTIFF-PETITIONER, v. TRAVELERS INSURANCE COMPANY, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Campbell, Mangini, Foley, Lee & Murphy* and *Mr. Michael J. Cernigliano* for the petitioner.

*Messrs. Kovacs, Anderson, Horowitz, Rader & Dato* and *Messrs. Morgan, Melhuish, Monaghan, McCoid & Spielvogel* for the respondents.

April 14, 1970. Granted.